# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO-23-5179-GF-JTJ |
| Plaintiff, | VIOLATIONS:<br>E1384127 |
| vs. | E1384128<br>Location Code: M13 |
| ROXANNE H. JUMER, | |
| Defendant. | ORDER |

___

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation E1384127 (for a total of $80), and for good cause shown, **IT IS ORDERED** that the $80 fine paid by the defendant is accepted as a full adjudication of violation E1384127.  **IT IS FURTHER ORDERED** that violation E1384128 is **DISMISSED. IT IS FURTHER ORDERED** that the initial appearance scheduled for February 8, 2024, is **VACATED.**

DATED this 29th day of January, 2024.

_____
John Johnston
United States Magistrate Judge